**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2589**

———————

In Re: CARL C. HENDRICKS, JR.,

Debtor.

————————————

CARL C. HENDRICKS, JR.,

Plaintiff - Appellant,

versus

SOUTH CAROLINA TITLE INSURANCE COMPANY,

Defendant - Appellee,

KEVIN CAMPBELL,

Trustee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Soloman Blatt, Jr., Senior District
Judge.  (CA-00-625-9-8AJ, BK-93-74334-B)

———————

Submitted:  February 22, 2001      Decided:  February 27, 2001

———————

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Carl C. Hendricks, Jr., Appellant Pro Se. David Randolph Whitt, MOSES, KOON & BRACKETT, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carl C. Hendricks, Jr., appeals the district court's order affirming the bankruptcy court's order dismissing his civil complaint. Our review of the record and the district court's opinion accepting the magistrate judge's recommendation discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. Hendricks v. South Carolina Title Ins. Co., Nos. CA-00-625-9-8AJ; BK-93-74334-B (D.S.C. Nov. 17, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED